UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:26-CV-00364

Name of party requesting extension: Experian Information Solutions, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
    ☐ No

If no, please indicate which application this represents:  ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 5/1/2026

Number of days requested:  ☑ 30 days
    ☐ 15 days
    ☐ Other _____ days

New Deadline Date: 6/22/2026  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Fatmeh Basma

State Bar No.: 90019225 (DC Bar)

Firm Name: Goodwin Procter

Address: 1900 N Street NW
    Washington DC 20036

Phone: 2023464528

Fax:

Email: fbasma@goodwinlaw.com

A certificate of conference does not need to be filed with this unopposed application.