IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DAVID JENKINS

                CASE NO. 4:26-cv-00364

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al
        Defendants.

## NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC.

NOW COMES Plaintiff, David Jenkins who files this Notice, and in support would show as follows:

1.     Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Trans Union, LLC.

2.     Plaintiff will file the documentation required to terminate Trans Union, LLC and will file a Notice of Voluntary Dismissal once the closing documents are exchanged and executed.

Dated: June 5, 2026

Respectfully submitted,

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
8570 Anselmo Lane
Baton Rouge, Louisiana 70810
jraburn@raburnkaufman.com
Telephone: 225-412-2777

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th of June, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

/s/*Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF

2