**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID JENKINS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:26-cv-00364-RWS |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC., EQUIFAX INFORMATION | § | |
| SERVICES, LLC, TRANS UNION, LLC, | § | |
| and NELNET, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Jennifer R. Brooks of Seyfarth Shaw LLP, hereby

appears in the above-captioned case on behalf of Equifax Information Services LLC and requests

that all notices given or required to be given and all papers served in this case be delivered to and

served upon her.

DATED:  June 15, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By:  */s/ Jennifer R. Brooks*

Jennifer R. Brooks, Bar No. 24103791
jrbrooks@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas  75201
Telephone:  (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

325775725v.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I presented the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

_/s/ Jennifer R. Brooks_

Jennifer R. Brooks
_Counsel for Defendant_
_Equifax Information Services LLC_

325775725v.1