**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID JENKINS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:26-cv-00364-RWS |
| EXPERIAN INFORMATION SOLUTIONS, | § | |
| INC., EQUIFAX INFORMATION | § | |
| SERVICES, LLC, TRANS UNION, LLC, | § | |
| and NELNET, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 7.1, states that Equifax is a wholly-owned company of Equifax, Inc., which is a publicly traded company on the NYSE.  No other entity owns 10% or more of Equifax's stock.

DATED:  June 15, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/ Jennifer R. Brooks
　　Jennifer R. Brooks, Bar No. 24103791
　　jrbrooks@seyfarth.com
　　SEYFARTH SHAW LLP
　　2323 Ross Avenue, Suite 1660
　　Dallas, Texas  75201
　　Telephone:  (469) 608-6730

*Counsel for Defendant*
*Equifax Information Services LLC*

325775674v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I presented the foregoing DISCLOSURE STATEMENT OF EQUIFAX INFORMATION SERVICES LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


      */s/ Jennifer R. Brooks*
      Jennifer R. Brooks
      *Counsel for Defendant*
      *Equifax Information Services LLC*

325775674v.1