**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

DAVID JENKINS

          CASE NO. 4:26-cv-00364

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al

        Defendants.

<u>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT TRANS UNION, LLC.**</u>

**NOW COMES** Plaintiff, through their undersigned counsel, who provides notice that all claims and causes of action related to Defendant Trans Union, LLC. are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(i).

Dated: June 24, 2026

      Respectfully Submitted,

                      */s/Jonathan Raburn*
                      Jonathan Raburn
                      ATTORNEY FOR PLAINTIFF
                      Louisiana Bar Roll No. 28728
                      Raburn Kaufman, LLC
                      6108 Siegen Ln Suite B
                      Baton Rouge, Louisiana 70809
                      jraburn@raburnkaufman.com
                      Telephone: 225-412-2777

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:


Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF